FILED

05/27/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0218

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 19-0218

_____

STATE OF MONTANA,

     Plaintiff and Appellee,

   v.                                   O R D E R

SHANE THOMAS PELLETIER,

     Defendant and Appellant.

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Gregory G. Pinski, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
May 27 2020